## IN THE CIRCUIT COURT FOR HARRISON COUNTY, MISSISSIPPI
## FIRST JUDICIAL DISTRICT

**BRENDA MURPHY**                                                          **PLAINTIFF**

**VERSUS**                                                   CAUSE NO. A2401-26-003

**SAM'S EAST, INC.,**
**AND JOHN DOES 1-3**                                                     **DEFENDANTS**

### COMPLAINT
### (JURY TRIAL REQUESTED)

NOW INTO COURT, through undersigned counsel, comes Plaintiff, BRENDA MURPHY, who files her Complaint and shows as follows:

### PARTIES

1.    Plaintiff, Brenda Murphy, is an adult resident citizen of Harrison County, Mississippi.

2.    Defendant, Sam's East, Inc. ("Sam's") is a foreign corporation licensed to do and doing business in the State of Mississippi. Sam's may be served through its agent for service of process, CT Corporation System, 8927 Lorraine Road, Suite 204-A, Gulfport, Mississippi 39503.

3.    John Does 1-3 are persons or entities which are liable for the actions and breaches described in the Complaint and whose names have not yet been ascertained.

### JURISDICTION AND VENUE

4.    Jurisdiction and venue are proper in this Court as the transaction or occurrence that is the subject matter of this litigation took place in Gulfport, Harrison County, Mississippi.

### FACTS

5.    On or about March 17, 2023, Plaintiff was an invitee of Sam's Club #8236 at its store located at 10431 Old Highway 49, Gulfport, Mississippi.

EXHIBIT 1

Case: 24CI1:26-cv-00003    Document #: 1    Filed: 01/06/2026    Page 1 of 3

FILED
JAN 06 2026
CIRCUIT CLERK
By _____ D.C.

6.     As Plaintiff was shopping, Plaintiff suddenly and without warning was struck in the back by several shopping carts via a cart tug, which was being guided by a Sam's Club employee. The unidentified employee negligently operated the shopping carts into Plaintiff, causing her to be injured. Further, because Sam's and its employees had actual control of the shopping cart tug, the dangerous condition was created by its mishandling.

7.     Defendant and its employees/agents for whom it is vicariously liable, committed various acts of negligence and/or omissions that directly and proximately caused Plaintiff's injuries. These negligent acts and omissions include, but are not limited to, the following:

    a.     Failure to watch where he was going with the shopping carts;

    b.     Failure to observe and avoid invitees, such as Plaintiff;

    c.     Failure to see what he should have seen;

    d.     Failing to pay attention to his surroundings; and

    e.     Other negligent acts or omissions that may be shown at trial.

8.     As a result of Defendant's negligence, Plaintiff suffered severe, permanent, and debilitating injuries.

9.     Defendant is liable to Plaintiff for damages including, but not limited to, the following:

    a.     Past, present, and future medical expenses;

    b.     Past, present, and future pain and suffering;

    c.     Past, present, and future mental and emotional distress; and

    d.     Other damages that may be shown at trial.

### JURY DEMAND AND STIPULATION

10.     Plaintiff requests a trial by jury of all issues.

11. Plaintiff's damages exceed $75,000.00, exclusive of interest and costs.

WHEREFORE, Plaintiff prays that her Complaint be deemed good and sufficient and that she be awarded damages, plus interest, court costs, expert witness fees, and all other sums this Court deems reasonable.

Respectfully submitted this ___ day of ___, 2026.

BRENDA MURPHY, Plaintiff

LAUREN R. SULLIVAN (MSB # 105180)
Gulf South Law Firm, PLLC
1423 24th Avenue
Gulfport, Mississippi 39501
Phone: 228-207-2880
Fax: 228-206-2365
Email: lauren@gulfsouthlaw.com
*Attorney for Plaintiff*